# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Jacqueline Astudillo                    CASE NO.: 17–11958–shl

 aka   Jacqueline B. Astudillo

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  7
xxx–xx–5038

### NOTICE OF REQUIREMENT TO FILE A
### CERTIFICATION OF COMPLETION OF COURSE IN
### PERSONAL FINANCIAL MANAGEMENT
### (Official Form 423)

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423), unless the course provider has notified the court that you have completed the course, before an Order of Discharge can be issued. In a joint debtor case, each debtor should complete and file a separate Official Form 423. If you do not file this statement within 60 days after the first date set for the meeting of creditors under § 341(a) of the Bankruptcy Code, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee of $260.

Official Form 423 can be accessed at:
www.uscourts.gov/forms/bankruptcy–forms.

Dated: October 2, 2017                        Vito Genna
                                              Clerk of Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 17-11958-shl
Jacqueline Astudillo                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: dmccaffre         Page 1 of 1              Date Rcvd: Oct 02, 2017
                              Form ID: fm23new        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db              Jacqueline Astudillo,    2109 Broadway,    Apt 1243,    New York, NY  10023-2149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
            Alan  Nisselson    anisselson@windelsmarx.com,
             n159@ecfcbis.com;theston@windelsmarx.com;jryan@windelsmarx.com
            Kevin B. Zazzera    on behalf of Debtor Jacqueline  Astudillo kzazz007@yahoo.com
                                                                              TOTAL: 2